IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01218-MEH-CBS

BRIAN F. WALSHE,

    Plaintiff,

v.

ROBERT ZABORS, and
ENOVATION PARTNERS, LLC,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 14, 2015**.

    The Joint Motion for Entry of Stipulated Confidentiality and Protective Order [filed October 13, 2015; docket #23] is **denied without prejudice**, and the proposed Stipulated Confidentiality and Protective Order is refused.  The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a specific mechanism by which the parties may challenge the designation of information as confidential.  *See id.* at 388-89.  In addition, the Court will reject any request to retain continuing jurisdiction over an action that has been closed.  *See* Proposed Order, ¶ 11, docket #23-1.