IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01218-MEH-CBS

BRIAN F. WALSHE,

    Plaintiff,

v.

ROBERT ZABORS, and
ENOVATION PARTNERS, LLC,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 19, 2015**.

    The Amended Joint Motion for Entry of Stipulated Confidentiality and Protective Order [filed October 16, 2015; docket #25] is **granted**. The parties' proposed Stipulated Confidentiality and Protective Order is accepted and filed contemporaneously with this minute order.