IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01218-MEH-CBS

BRIAN F. WALSHE,

      Plaintiff,

v.

ROBERT ZABORS, and
ENOVATION PARTNERS, LLC,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 2, 2015**.

      The Motion for Withdrawal of Appearance of E. Timothy Walker [filed December 1, 2015; docket #31] is **denied without prejudice**. The Motion fails to indicate that Mr. Walker's clients have been notified of the withdrawal pursuant to D.C.Colo. LAttyR 5(b). Furthermore, the Court will not leave Defendants represented generally, as the Motion indicates, by "the attorneys at Tucker Ellis LLP." *See* docket #31. Instead, the Court requires named, specific attorney(s) to take the role sought to be vacated by Mr. Walker. While the Court notes Tanner J. Walls of Tucker Ellis has entered an appearance in the case [*see* docket #30], that entry is not sufficient to show either notice to Defendants or to satisfy the Court that Mr. Walls will be taking over responsibility.