IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01218-MEH-CBS

BRIAN F. WALSHE,

    Plaintiff,

v.

ROBERT ZABORS, and
ENOVATION PARTNERS, LLC,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 3, 2015**.

    The Amended Motion for Withdrawal of Appearance of E. Timothy Walker [filed December 2, 2015; docket #313] is **granted**. Mr. Walker's representation of the Defendants in this case is hereby terminated. Defendants will continue to be represented by Tanner J. Walls of Tucker Ellis LLP.